IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Annie Marie Montgomery | ) | BK: 17-07667-MH1-13 |
| xxx-xx-3376 | ) | Chapter 13 |
| Debtor | ) | Judge Marian F. Harrison |
| | ) | |
| Annie Marie Montgomery | ) | Adversary Case No. 1:21-ap-90048 |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GRE, LLC | ) | |
| RVFM II Series LLC | ) | |
| Vision Property Management LLC | ) | |
| Defendant | ) | |

_____

## MOTION TO CONTINUE PRETRIAL CONFERENCE IN ADVERSARY PROCEEDING

COMES NOW Annie Marie Montgomery (collectively the Plaintiff), by and through her counsel, Keith D. Slocum, and moves for an Order Continuing the Pretrial Conference. Counsel for GRE LLC consents to the continuance.

In support of this Motion, the Plaintiff moves for time to confirm process of service to RVFM II Series and Vision Property Management LLC and request a continuance of the Pretrial Conference. RVFM II Series was served on April 6, 2021 and has not filed a response. The Plaintiff is trying to confirm service to Vision Property Management LLC. The other Defendant GRE LLC consents to the requested continuance.

The Plaintiff requests Pretrial Conference be rescheduled for July 16, 2021 at 9:00 a.m. by AT&T conference line number 1-888-363-4749, Access Code 6926390#.

Approved for Entry:

/s/ Keith D. Slocum
Keith D. Slocum, BPR No. 023024
Harlan/Slocum/Quillen
39B Public Square
Po Box 949
Columbia, TN 38402-0949
931-381-0660 – Telephone
931-381-7627 – Fax
bknotices@robertharlan.com
Attorneys for Plaintiff

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Annie Marie Montgomery | ) | BK:   17-07667-MH1-13 |
| xxx-xx-3376 | ) | Chapter 13 |
| Debtor | ) | Judge Marian F. Harrison |
| | ) | |
| Annie Marie Montgomery | ) | Adversary Case No. 1:21-ap-90048 |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GRE, LLC | ) | |
| RVFM II Series LLC | ) | |
| Vision Property Management LLC | ) | |
| Defendant | ) | |

_____

**ORDER CONTINUEING  PRETRIAL CONFERENCE IN ADVERSARY PROCEEDING**

This matter came before the Court upon the Plaintiffs Motion to Continue the Pretrial Hearing.  The Court finds good cause to continue the Pretrial Hearing.

IT IS HEREBY ORDERED,

The Pretrial Conference shall be rescheduled for July 16, 2021 at 9:00 a.m. by AT&T conference line number 1-888-363-4749, Access Code 6926390#.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

Approved for Entry:

/s/ Keith D. Slocum
Keith D. Slocum, BPR No. 023024
Harlan/Slocum/Quillen
39B Public Square
Po Box 949
Columbia, TN 38402-0949
931-381-0660 – Telephone
931-381-7627 – Fax
bknotices@robertharlan.com
Attorneys for Plaintiff